**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **NORMA L. RIOS,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | **Case No. 5:24-cv-00073** |

**JOINT SCHEDULING AND DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following deadlines to submit this case to the Court on the merits based on the administrative record:

1. **November 14, 2024** Deadline to complete mediation.
2. **December 12, 2024** Deadline to complete discovery.
3. **December 19, 2024** Deadline to file Stipulated Administrative Record.
4. **January 16, 2025** Deadline to file cross motions for summary judgment.
5. **January 30, 2025** Deadline to file response briefs.
6. **February 13, 2025** Deadline to file reply briefs, at which time the case will stand submitted.

Signed on ____________, 2024, at Laredo, Texas.

______________________________
Christopher dos Santos
United States Magistrate Judge

July 17, 2024 /s/ Jeffrey Dahl
Date Jeffrey Dahl
Counsel for Plaintiff

July 17, 2024 /s/ Iwana Rademaekers
Date Iwana Rademaekers
Counsel for Defendant