**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **NORMA L. RIOS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:24-cv-00073** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**AMENDED JOINT REPORT REQUIRED BY FED. R. CIV. P. 26(F) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN**

**Preliminary Matters**

**1. State when and in what manner the parties conferred as required by Rule 26(f), and identify the counsel and / or parties who participated in the conference.**

Counsel for the parties conferred via telephone on July 10, 2024. The following counsel attended the conference:

**For the Plaintiff:**
Jeffrey Dahl
State Bar of Texas No. 05310900
S.D. of Texas No. 31492
Law Office of Jeffrey E. Dahl
314 E. Commerce, Suite 300
San Antonio, Texas 78205
(210) 527-0900 Telephone
(210) 527-0901 Facsimile
Email: jdahl@erisaattorneyintexas.com

**For Defendant:**
Iwana Rademaekers
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**2. List cases pending in this or any other district, along with the cause number and judicial district, that are related to this case.**

None.

**3. If another case is pending in this or any other district, can and should this case be consolidated with that case?**

N/A

**4. <u>Briefly</u> describe what this case is about.**

Plaintiff seeks to recover disability benefits under a group benefits plan ("Plan") in which Plaintiff was a participant as a result of her employment. Lincoln, as the claims administrator for the benefits under the Plan, denied Plaintiff's claim for benefits under the terms of the Plan and denies that Plaintiff is entitled to any relief.

**5. What is Plaintiff's allegation of federal jurisdiction, or, if this case was removed, what is Defendant's allegation of federal jurisdiction?**

This Court has diversity jurisdiction under the authority of 28 U.S.C. §1332(a)(1).

**6. Does Defendant (or Plaintiff if this case was removed) agree or disagree with this allegation?**

The Defendant agrees with Plaintiff's allegation of diversity jurisdiction

**7. Does either party anticipate the need to add additional parties?**

None at this time.

**8. If so, list any additional parties and when they can be added.**

N/A

**9. List any anticipated interventions.**

None at this time.

**10. Are there any issues in this case that may raise class allegations or class action issues?**

None at this time.

## <u>Discovery</u>

**11. The conference required by Rule 26(f) was held on** <u>July 10, 2024, via telephone</u>**. Counsel/Parties who participated in the conference:**

Jeffrey E. Dahl for Plaintiff, Norma Rios

Iwana Rademaekers for Defendant, The Lincoln National Life Insurance Company.

**12. Describe the proposed discovery plan agreed upon at the Conference. Include the following:**

A. **What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a);**

None.

B. **When and to whom Plaintiff anticipates it may send interrogatories.**

To Defendant prior to September 2, 2024.

C. **When and to whom Defendant anticipates it may send interrogatories.**

To Plaintiff prior to September 2, 2024.

D. **Of whom and by what date Plaintiff anticipates taking oral depositions.**

None at this time.

E. **Of whom and by what date Defendant anticipates taking oral depositions.**

None at this time.

F. **When Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate response experts and provide their reports.**

Plaintiff will designate experts on or before October 3, 2024.
Defendant will designate experts on or before October 10, 2024.

G. **List expert depositions Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. *See* Fed. R. Civ. P. 26(a)(2)(B).**

Plaintiff anticipates taking the depositions of Defendant's experts, if any, within sixty (60) days of their designation.

H. **List expert depositions the opposing party anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B).**

Defendant anticipates taking the deposition of Plaintiff's expert within sixty (60) days of their designation.

**13. If the parties do not agree on any portion of the discovery plan, describe the separate views <u>and proposals</u> of each party.**

The parties agree on the discovery plan.

**14. Specify the discovery beyond initial disclosures that has been undertaken to date.**

None.

**15. State the date the planned discovery can reasonably be completed.**

The parties anticipate that discovery can be reasonably completed on or before December 12, 2024.

## Settlement and Trial Alternatives

**16. Describe the possibilities of settlement or alternative dispute resolution that were discussed at the Rule 26(f) meeting.**

The parties have discussed settlement offers and negotiations are ongoing.

**17. Describe what each party has done or agreed to do to bring about a prompt resolution.**

See response to paragraph 16.

**18. From the attorneys' discussions with their respective clients, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.**

The parties believe that non-binding mediation is an appropriate alternative dispute resolution method for resolving this matter if their discussions are not successful.

**19. The parties may jointly consent to a Magistrate Judge conducting any and all proceedings in any jury or nonjury civil matter, including hearing a jury or nonjury trial, and order the entry of judgment in the case. Will the parties consent to a Magistrate Judge conducting all proceedings in this case, including trial and disposition of the case?**

All parties do not consent to a trial before a magistrate judge.

**20. State whether a jury demand has been made and if it was made on time.**

A jury demand has not been made. In the unlikely event that this case is not either settled by the Parties or decided on dispositive motions, the Parties agree that a non-jury trial would be appropriate.

**21. In the event of a trial, how many hours will it take to try this case.**

The parties anticipate that it will take 8-12 hours to present the evidence in this case.

## Additional Conference Items

**22. Counsel are charged with knowledge of the Local Rules of the United States District Court for the Southern District of Texas , which are available at: http://www.txs.uscourts.gov/sites/txs/files/2018%20Local%20Rules.pdf. Have all counsel reviewed those local rules prior to completion of this Report?**

Yes

**Counsel are also charged with knowledge of the Honorable Marina Garcia Marmolejo's Court Procedures in Civil Cases, which are available at: https://www.txs.uscourts.gov/sites/txs/files/Civ_MGM_July2017.pdf. Have all counsel reviewed those local rules prior to completion of this Report?**

Yes

**23. If there are any motions pending before the Court at this time, list them.**

None.

**24. Can any of these motions be ruled upon at the Initial Pretrial and Scheduling Conference?**

N/A.

**25. Are there any other matters peculiar to this case, including discovery, that deserve special attention from the Court at the Initial Pretrial and Scheduling Conference?**

None at this time.

**26. List the names, Southern District of Texas bar numbers, addresses, and telephone numbers of all counsel. All counsel appearing for any hearing or identified as counsel of record on a pleading must either be licensed to practice in the Southern District of Texas or must file a motion to appear *pro hac vice*.**

**For the Plaintiff:**
Jeffrey Dahl
State Bar of Texas No. 05310900
S.D. of Texas No. 31492
Law Office of Jeffrey E. Dahl
314 E. Commerce, Suite 300
San Antonio, Texas 78205
(210) 527-0900 Telephone
(210) 527-0901 Facsimile
Email: jdahl@erisaattorneyintexas.com

**For the Defendant:**
Iwana Rademaekers
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**27. Proposed Dates for Scheduling Order.**

The Parties agree that trial should be unnecessary for the final disposition of this case and, in the event that the parties do not resolve the case through settlement, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and dispositive cross motions for summary judgment or briefing on the record in support of their respective claims. Accordingly, to facilitate the submission of the case to the Court, the parties propose the following Track B deadlines:

| PRETRIAL EVENTS | PARTIES' PROPOSED DATES |
|---|---|
| Deadline for Joinder of All Parties | **August 15, 2024** |
| Deadline to Serve Initial Written Discovery | **September 12, 2024** |
| Deadlines to Designate Expert Witnesses | **Plaintiff: October 10, 2024** |
| | **Defendant: October 24, 2024** |
| Deadline to Amend the Pleadings (with consent of all parties or leave of Court) | **Plaintiff: August 15, 2024** |
| | **Defendant: August 15, 2024** |
| Deadline for the Parties to Conduct Mediation | **November 14, 2024** |
| Deadline to Complete All Discovery, Including depositions of expert witnesses | **December 12, 2024** |
| Deadline to File Motions to Exclude or Limit Expert Testimony | **December 16, 2024** |
| Deadline to File Dispositive Motions **This Deadline shall be no less than 30 days after the Deadline to File Motions to Exclude or Limit Expert Testimony** | **January 16, 2025** |
| Deadline to File Joint Pretrial Order, Motions in Limine, and Proposed Jury Instructions (or proposed findings of fact and conclusions of law). **To be set 120 days after the Deadline to File Dispositive Motions.** | **May 16, 2025** |

Dated: July 18, 2024

Respectfully submitted,

By: /s/ Jeffrey Dahl (w/permission)

Jeffrey Dahl
State Bar of Texas No. 05310900
S.D. of Texas No. 31492
Law Office of Jeffrey E. Dahl
314 E. Commerce, Suite 300
San Antonio, Texas 78205
(210) 527-0900 Telephone
(210) 527-0901 Facsimile
Email: jdahl@erisaattorneyintexas.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers

Iwana Rademaekers
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jeffrey Dahl
Email: jdahl@erisaattorneyintexas.com

/ s/ Iwana Rademaekers
Iwana Rademaekers