**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **NORMA L. RIOS,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 5:24-cv-00073** |

**<u>AMENDED JOINT SCHEDULING AND DOCKET CONTROL ORDER</u>**

The disposition of this case will be controlled by the following Track B deadlines:

| | |
|---|---|
| Deadline for Joinder of All Parties | **August 15, 2024** |
| Deadline to Serve Initial Written Discovery | **September 12, 2024** |
| Deadlines to Designate Expert Witnesses | **Plaintiff: October 10, 2024** |
| | **Defendant: October 24, 2024** |
| Deadline to Amend the Pleadings (with consent of all parties or leave of Court) | **Plaintiff: August 15, 2024** |
| | **Defendant: August 15, 2024** |
| Deadline for the Parties to Conduct Mediation | **November 14, 2024** |
| Deadline to Complete All Discovery, Including depositions of expert witnesses | **December 12, 2024** |
| Deadline to File Motions to Exclude or Limit Expert Testimony | **December 16, 2024** |
| Deadline to File Dispositive Motions | **January 16, 2025** |
| Deadline to File Joint Pretrial Order, Motions in Limine, and Proposed Jury Instructions (or proposed findings of fact and conclusions of law). | **May 16, 2025** |

Signed on _____________, 2024, at Laredo, Texas.

___________________________________
Christopher dos Santos
United States Magistrate Judge

July 18, 2024
Date

/s/ Jeffrey Dahl
Jeffrey Dahl
Counsel for Plaintiff

July 18, 2024
Date

/s/ Iwana Rademaekers
Iwana Rademaekers
Counsel for Defendant