United States District Court
Southern District of Texas
**ENTERED**
July 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| NORMA L. RIOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:24-CV-73 |
| | § | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# SCHEDULING ORDER

On July 23, 2024, the Court conducted the Initial Pretrial and Scheduling Conference in this matter. Pursuant to Fed. R. Civ. P. 16(b), the Court now enters this Scheduling Order.

| PRETRIAL EVENT | DEADLINE |
|---|---|
| Deadline for Joinder of All Parties | August 15, 2024 |
| Deadline to Amend the Pleadings (with consent of all parties or leave of Court) | Plaintiff(s): August 15, 2024 |
| | Defendant(s): August 15, 2024 |
| Deadline to Serve Initial Written Discovery[1] | September 12, 2024 |
| Deadlines to Designate Expert Witnesses[2] | Plaintiff(s): October 10, 2024 |

[1] This deadline applies to serving a first set of interrogatories, requests for production, and other written discovery, but does not limit the parties from serving further requests prior to the discovery deadline.

[2] The parties shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) by these deadlines. The parties must file their lists of proposed expert witnesses with the Court by the designation deadline but should **NOT** file reports or other discovery materials.

| | |
|---|---|
| | Defendant(s): October 24, 2024 |
| Deadline to Complete All Discovery, including depositions of expert witnesses[3] | December 12, 2024 |
| Deadline for Parties to Conduct Mediation[4] | November 14, 2024 |
| Deadline to File Motions to Exclude or Limit Expert Testimony[5] | December 16, 2024 |
| Deadline to File Dispositive Motions | January 16, 2025 |
| **TRACK A — *If* No Dispositive Motions are Filed:** | |
| Deadline to File Joint Pretrial Order, Motions in Limine, and Proposed Jury Instructions (or proposed findings of fact and conclusions of law) | February 17, 2025 |
| **TRACK B — *If* Dispositive Motions are Filed:** | |
| Deadline to File Joint Pretrial Order, Motions in Limine, and Proposed Jury Instructions (or proposed findings of fact and conclusions of law) | May 16, 2025 |

This Scheduling Order will control this case through the disposition of any summary judgment motion. Following the Court's order on summary judgment, or if no summary judgment motion is filed, the parties shall meet and confer regarding a schedule for the remainder of discover, as well as the remainder of the case. This Scheduling Order shall not be modified except by leave of Court upon a showing of good cause and shall be binding on all parties. Fed. R. Civ. P. 16(b)(4).

---

[3] A party must serve its written discovery requests in sufficient time for the responding party to serve its responses before this deadline.
[4] The parties are **ORDERED** to participate in mediation by the specified deadline. If the parties wish to engage in some other form of alternative dispute resolution, they may file a motion with the Court seeking leave to do so.
[5] Motions must be filed by the later of (1) 30 days from receipt of the written report of the expert's opinions or (2) 30 days from the expert's deposition. Notwithstanding the foregoing, such motions must be filed no later than the dispositive motions deadline, below. The failure to strictly comply with this deadline will constitute a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.

IT IS SO **ORDERED**.

**SIGNED** on this 23rd day of July, 2024.

CHRISTOPHER DOS SANTOS
United States Magistrate Judge